# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NETWORK SALON SERVICES LLC | § | Case No. 16-17117 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/20/2016 .  The undersigned trustee was appointed on 05/20/2016 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4.  The trustee realized gross receipts of | $ | 170,806.90 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,305.49 |
| Bank service fees | 3,810.61 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 160,690.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/17/2017  and the deadline for filing governmental claims was  01/17/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,790.35 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,790.35 , for a total compensation of $ 11,790.35 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  04/05/2019                              By:/s/Frances Gecker, Trustee
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 16-17117    JPC | |
| Case Name: | NETWORK SALON SERVICES LLC | |
| | | |
| For Period Ending: | 04/05/2019 | |

| | |
|---|---|
| Judge: | Jacqueline P. Cox |

| | |
|---|---|
| Trustee Name: | Frances Gecker, Trustee |
| Date Filed (f) or Converted (c): | 05/20/2016 (f) |
| 341(a) Meeting Date: | 06/17/2016 |
| Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. CHECKING ACCOUNT<br><br>Wintrust Bank | 200.00 | 200.00 | | 0.00 | FA |
| 2. SETTLEMENT AGREEMENT - ROBERT MACK (u)<br><br>Settled by Trustee's counsel without filing litigation.<br>Court Order approved settlement 11/1/16. | 0.00 | 55,000.00 | | 55,000.00 | FA |
| 3. ADVERSARY CASE - 16-00720 Evolution Capital (u)<br><br>Frances Gecker v. Evolution Capital Group, Inc. | 0.00 | 42,500.00 | | 42,500.00 | FA |
| 4. ADVERSARY CASE - 16-00729 Boudourakis (u)<br><br>Frances Gecker v. Boudourakis<br>Default Judgment entered on 3/8/17 | 0.00 | 50,000.00 | | 0.00 | FA |
| 5. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 6. ADVERSARY CASE - 17-00066 Cap Call (u)<br><br>Voluntarily Dismissed - Frances Gecker v. Cap Call, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 7. ADVERSARY CASE - 17-00067 ENow (u)<br><br>Frances Gecker v. ENow, Inc. - Case withdrawn. | 0.00 | 0.00 | | 0.00 | FA |
| 8. ADVERSARY CASE - 17-00068 Crestview (u)<br><br>Voluntarily Dismissed - Frances Gecker v. Crestview<br>Financial, LLC d/b/a In Advance | 0.00 | 0.00 | | 0.00 | FA |
| 9. ADVERSARY CASE - 17-00070 Knight Capital (u)<br><br>Frances Gecker v. Knight Capital, LLC | 0.00 | 13,806.90 | | 13,806.90 | FA |
| 10. ADVERSARY CASE - 17-00071 Last Chance (u)<br><br>Frances Gecker v. Last Chance Funding, Inc.<br>Settlement Agreement for $9,000 (6 payments ending 6/1/18)<br>and withdraw secured claim. | 0.00 | 9,000.00 | | 9,000.00 | FA |

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 16-17117 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | NETWORK SALON SERVICES LLC | | | | Date Filed (f) or Converted (c): | 05/20/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/17/2016 |
| For Period Ending: | 04/05/2019 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 11. ADVERSARY CASE - 17-00072 LG Funding (u)<br><br>Frances Gecker v. LG Funding, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12. ADVERSARY CASE - 17-00073 Pearl Beta (u)<br><br>Frances Gecker v. Pearl Beta Funding LLC<br>Settlement Agreement in amount of $9,000. | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 13. ADVERSARY CASE - 17-00074 Power Up (u)<br><br>Frances Gecker v. Power Up Lending Group Ltd.<br>Default Judgment Order entered on 4/6/17  - uncollectible. | 0.00 | 34,000.00 | | 0.00 | FA |
| 14. ADVERSARY CASE - 17-00075 RDM Capital (u)<br><br>Frances Gecker v. RDM Capital Funding LLC | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 15. ADVERSARY CASE - 17-00076 Yellowstone (u)<br><br>Frances Gecker v. Yellowstone Capital LLC | 0.00 | 32,500.00 | | 32,500.00 | FA |
| 16. ADVERSARY CASE - 17-00098 DLG ADV (u)<br><br>Frances Gecker v. DLG ADV LLC<br>Default Judgment entered on 4/11/17 | 0.00 | 47,000.00 | | 0.00 | FA |
| 17. ADVERSARY CASE - 17-00105 Richmond Capital (u)<br><br>Voluntarily Dismissed - Gecker v. Richmond Capital Group,<br>LLC | 0.00 | 0.00 | | 0.00 | FA |
| 18. ADVERSARY CASE - 17-00104 CoreFund (u)<br><br>Voluntarily Dismissed - Gecker v. CoreFund Capital LLC | 0.00 | 0.00 | | 0.00 | FA |
| 19. ADVERSARY CASE - 17-00429 Complete Business (u)<br><br>Voluntarily Dismissed - Gecker v. Complete Business<br>Solutions Group, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 20. Void (u) | 0.00 | N/A | | 0.00 | FA |

Case 16-17117      Doc 33      Filed 04/17/19      Entered 04/17/19 12:06:54      Desc Main
Document      Page 5 of 16

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $200.00                    $302,006.90                              $170,806.90            $0.00

Exhibit A
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/17/18 - ORDER APPROVING COMPROMISE WITH LAST CHANCE (ASSET NO. 10).  LAST CHANCE IS MAKING SETTLEMENT PAYMENTS THROUGH JUNE, 2018.

12/8/16 - 8/16/17 - THE TRUSTEE HAS FILED NUMEROUS ADVERSARY PROCEEDINGS TO RECOVER PREFERENTIAL AND FRAUDULENT TRANSFERS IN THE LEAD CASE FOR NETWORK SALON SERVICES.

THIS CASE IS JOINTLY ADMINISTERED WITH ANTHIA HILL -16-17113.

Initial Projected Date of Final Report (TFR): 10/01/2017            Current Projected Date of Final Report (TFR): 05/29/2019

Case 16-17117   Doc 33   Filed 04/17/19   Entered 04/17/19 12:06:54   Desc Main
**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 6 of 16

Exhibit B

Case No: 16-17117
Case Name: NETWORK SALON SERVICES LLC

Trustee Name: Frances Gecker, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX2127
Checking

Taxpayer ID No: XX-XXX7746
For Period Ending: 04/05/2019

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/16 | 2 | ROBERT J. MACK<br>Cashier's Check<br>Bank of America | SETTLEMENT AGREEMENT | 1241-000 | $55,000.00 | | $55,000.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.84 | $54,926.16 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.66 | $54,844.50 |
| 02/02/17 | 5001 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $23.59 | $54,820.91 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.55 | $54,739.36 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.52 | $54,665.84 |
| 03/27/17 | 14 | RDM Capital Funding LLC<br>122 High Street<br>Passaic, NJ 07055-4753 | SETTLEMENT AGREEMENT | 1241-000 | $9,000.00 | | $63,665.84 |
| 03/29/17 | 9 | KNIGHT CAPITAL LLC<br>9 E LOOCKERMAN ST., 3A-543<br>DOVER, DE 19901-8306 | Settlement of Adversary No. 17-00070 | 1241-000 | $13,806.90 | | $77,472.74 |
| 04/04/17 | 3 | Evolution Capital Group, Inc. | SETTLEMENT IN ADVERSARY CASE NO. 16-00720 | 1241-000 | $42,500.00 | | $119,972.74 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.41 | $119,887.33 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.35 | $119,720.98 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.97 | $119,543.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:   $120,306.90   $763.89

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-17117 | Trustee Name: Frances Gecker, Trustee |
| Case Name: NETWORK SALON SERVICES LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2127 |
| | Checking |
| Taxpayer ID No: XX-XXX7746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/05/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.00 | $119,371.01 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.50 | $119,193.51 |
| 08/23/17 | 5002 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | First Interim Fee App - Order dated 8/22/17 | | | $6,108.66 | $113,084.85 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($6,106.23) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($2.43) | 3420-000 | | | |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $176.92 | $112,907.93 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.46 | $112,745.47 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $167.61 | $112,577.86 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.98 | $112,415.88 |
| 01/02/18 | 10 | Last Chance Funding Inc. 411 Hempstead Tpke West Hempstead, NY 11552 | SETTLEMENT PAYMENT | 1241-000 | $1,500.00 | | $113,915.88 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $167.13 | $113,748.75 |
| 01/30/18 | 12 | SAUL EWING ARNSTEIN & LEHR 161 N. CLARK STREET, SUITE 4200 CHICAGO, IL 60601 | SETTLEMENT - ORDER DATED 1/17/18 | 1241-000 | $9,000.00 | | $122,748.75 |
| 02/02/18 | 10 | Last Chance Funding Inc. 411 Hempstead Tpke West Hempstead, NY 11552 | SETTLEMENT PAYMENT | 1241-000 | $1,500.00 | | $124,248.75 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $12,000.00          $7,294.26

Case 16-17117   Doc 33   Filed 04/17/19   Entered 04/17/19 12:06:54   Desc Main
Document   Page 9 of 16

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-17117

Case Name: NETWORK SALON SERVICES LLC

Trustee Name: Frances Gecker, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX2127

Checking

Taxpayer ID No: XX-XXX7746

For Period Ending: 04/05/2019

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.91 | $124,078.84 |
| 02/12/18 | 5003 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Bond No. 016073584 | 2300-000 | | $61.09 | $124,017.75 |
| 03/02/18 | 10 | Last Chance Funding Inc. 411 Hempstead Tpke West Hempstead, NY  11552 | SETTLEMENT PAYMENT | 1241-000 | $1,500.00 | | $125,517.75 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.51 | $125,351.24 |
| 04/04/18 | 10 | Last Chance Funding Inc. 411 Hempstead Tpke West Hempstead, NY  11552 | SETTLEMENT PAYMENT | 1241-000 | $1,500.00 | | $126,851.24 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $186.29 | $126,664.95 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.02 | $126,482.93 |
| 05/18/18 | 10 | Last Chance Funding Inc. 411 Hempstead Tpke West Hempstead, NY  11552 | SETTLEMENT PAYMENT | 1241-000 | $1,500.00 | | $127,982.93 |
| 06/04/18 | 10 | Last Chance Funding Inc. 411 Hempstead Tpke West Hempstead, NY  11552 | SETTLEMENT PAYMENT | 1241-000 | $1,500.00 | | $129,482.93 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $189.05 | $129,293.88 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $185.81 | $129,108.07 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $191.96 | $128,916.11 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals: $6,000.00   $1,332.64

Case 16-17117    Doc 33    Filed 04/17/19    Entered 04/17/19 12:06:54    Desc Main
Document    Page 9 of 16

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 16-17117 | | |
| Case Name: NETWORK SALON SERVICES LLC | | |

| Trustee Name: Frances Gecker, Trustee |
| Bank Name: Associated Bank |
| Account Number/CD#: XXXXXX2127 |
| Checking |
| Blanket Bond (per case limit): $5,000,000.00 |
| Separate Bond (if applicable): |

Taxpayer ID No: XX-XXX7746
For Period Ending: 04/05/2019

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $191.66 | $128,724.45 |
| 10/04/18 | 15 | Yellowstone Capital LLC - Bank Wire In | Settlement of Adversary No. 17 -00076 | 1241-000 | $32,500.00 | | $161,224.45 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $185.23 | $161,039.22 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $236.27 | $160,802.95 |
| 02/14/19 | 5004 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND NO. 016073584 | 2300-000 | | $112.15 | $160,690.80 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $170,806.90 | $10,116.10 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $170,806.90 | $10,116.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $170,806.90 | $10,116.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*        Page Subtotals:        $32,500.00        $725.31

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2127 - Checking | $170,806.90 | $10,116.10 | $160,690.80 |
|  | $170,806.90 | $10,116.10 | $160,690.80 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $170,806.90 |
| Total Gross Receipts: | $170,806.90 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-17117                                                                          Date: April 5, 2019

Debtor Name: NETWORK SALON SERVICES LLC

Claims Bar Date: 1/17/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | First Interim Fee App | $0.00 | $6,106.23 | $6,106.23 |
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | SECOND AND FINAL FEE APPLICATION. | $0.00 | $689.50 | $689.50 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $2.43 | $2.43 |
| 100 2100 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $11,790.35 | $11,790.35 |
| 5P 280 5800 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA, PA 19101-7317 | Priority | | $120,000.00 | $896,891.71 | $896,891.71 |
| 6S 101 4800 | IL DEPT OF REVENUE BANKRUPTCY SECTION PO BOX 19035 SPRINGFIELD, IL 62794 | Secured | | $6,000.00 | $3,253.86 | $3,253.86 |
| 7 400 4210 | LAST CHANCE FUNDING, INC. 4825 NORTH MASON AVE CHICAGO, IL 60630 | Secured | Disallowed pursuant to Court Order dated: 1/17/18 under Lead Case 16-17113 | $20,900.00 | $55,695.00 | $55,695.00 |
| 9 400 4210 | CAP CALL LLC ABRAHAM BRUSTEIN 216 W. HIGGINS ROAD PARK RIDGE, IL 60068 | Secured | Date debt was incurred 2/10/16 | $90,000.00 | $92,185.53 | $92,185.53 |
| 10 400 4210 | CAP CALL LLC ABRAHAM BRUSTEIN 216 W. HIGGINS ROAD PARK RIDGE, IL 60068 | Secured | Date debt was incurred 2/22/2016 | $124,189.00 | $339,643.19 | $339,643.19 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-17117                                                                                                    Date: April 5, 2019

Debtor Name: NETWORK SALON SERVICES LLC

Claims Bar Date: 1/17/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 102 4210 | LQD BUSINESS FINANCE, LLC C/O WILLIAM W. THORSNESS, ESQ., VEDDER PRICE 222 N. LASALLE STREET, SUITE 2400 CHICAGO IL 60601 | Secured | Senior Secured Lien - Date debt was incurred 9/15/2015.  Foreclosure of Secured Loan - 2016 L 003519 - Judgment entered 4/11/2016. | $600,000.00 | $752,467.31 | $752,467.31 |
| 1 300 7100 | EULER HERMES N. A. AGENT FOR MACADAMIA PROFESSIONA 800 RED BROOK BLVD. OWINGS MILLS, MD 21117 | Unsecured | | $0.00 | $47,815.95 | $47,815.95 |
| 2 300 7100 | MACADAMIA BEAUTY, LLC C/O BUCHALTER NEMER,A PROFESSIONAL CORP ATTN: BRIAN HARVEY 1000 WILSHIRE BLVD., SUITE 1500 LOS ANGELES, CA 90017 | Unsecured | | $0.00 | $47,815.95 | $47,815.95 |
| 3 300 7100 | FEDEX CORPORATE SERVICES INC AS ASSIGNEE OF FEDEX EXPRESS/GROUND/FREIGHT/O FFICE 3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR MEMPHIS, TENNESSEE 38116 | Unsecured | | $54,000.00 | $40,041.45 | $40,041.45 |
| 4 300 7100 | COLONIAL FUNDING NEXWORK INC AS SERVICING PROVIDER FOR EVOLUTION JENNIFER BALLARD ESQ 1501 BROADWAY STE 151 NEW YORK, NY 10036 | Unsecured | Pursuant to Order dated 4/25/17 under Lead Case 16-17113 | $0.00 | $238,724.00 | $238,724.00 |
| 5U 300 7100 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA, PA  19101-7317 | Unsecured | | $0.00 | $14,670.73 | $14,670.73 |
| 8S 300 7100 | KNIGHT CAPITAL FUNDING II, LLC 1691 MICHIGAN AVENUE, SUITE 230 MIAMI BEACH, FL 33139 | Unsecured | REDUCED PURSUANT TO ORDER DATED 4/6/17 under Lead Case 16-17113.  Date debt was incurred 3/3/2016. | $52,140.00 | $50,000.00 | $50,000.00 |
| | Case Totals | | | $1,067,229.00 | $2,597,793.19 | $2,597,793.19 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: April 5, 2019

UST Form 101-7-TFR (5/1/2011) (Page: 12)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-17117
Case Name: NETWORK SALON SERVICES LLC
Trustee Name: Frances Gecker, Trustee

Balance on hand                                    $          160,690.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | CAP CALL LLC | $    339,643.19 | $    339,643.19 | $    0.00 | $    0.00 |
| 11 | LQD BUSINESS FINANCE, LLC C/O | $    752,467.31 | $    752,467.31 | $    0.00 | $    144,957.09 [3] |
| 6S | IL DEPT OF REVENUE BANKRUPTCY SECTION | $    3,253.86 | $    3,253.86 | $    0.00 | $    3,253.86 |
| 7 | LAST CHANCE FUNDING, INC. | $    55,695.00 | $    55,695.00 | $    0.00 | $    0.00 |
| 9 | CAP CALL LLC | $    92,185.53 | $    92,185.53 | $    0.00 | $    0.00 |

Total to be paid to secured creditors              $          148,210.95

Remaining Balance                                  $           12,479.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $    11,790.35 | $    0.00 | $    11,790.35 |
| Accountant for Trustee Fees:  ALAN D. LASKO & ASSOCIATES P. C. | $    6,795.73 | $    6,106.23 | $    689.50 |
| Accountant for Trustee Expenses:  ALAN D. LASKO & ASSOCIATES P. C. | $    2.43 | $    2.43 | $    0.00 |

[3]    Prior to the Petition date, in April 2016, LQD, Network Salon's senior secured lender commenced a foreclosure action in the Circuit Court of Cook County, Case No. 2016 L 3519.  The Court entered judgment in favor of LQD and LQD took title to all of Network Salon's assets.

Total to be paid for chapter 7 administrative expenses   $_____12,479.85

Remaining Balance   $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 896,891.71  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | INTERNAL REVENUE SERVICE | $      896,891.71 | $        0.00 | $        0.00 |

Total to be paid to priority creditors   $_____0.00

Remaining Balance   $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 439,068.08  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | EULER HERMES N. A. AGENT FOR MACADAMIA PROFESSIONA | $       47,815.95 | $        0.00 | $        0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | MACADAMIA BEAUTY, LLC | $    47,815.95 | $    0.00 | $    0.00 |
| 3 | FEDEX CORPORATE SERVICES INC AS ASSIGNEE | $    40,041.45 | $    0.00 | $    0.00 |
| 4 | COLONIAL FUNDING NEXWORK INC | $   238,724.00 | $    0.00 | $    0.00 |
| 5U | INTERNAL REVENUE SERVICE | $    14,670.73 | $    0.00 | $    0.00 |
| 8S | KNIGHT CAPITAL FUNDING II, LLC | $    50,000.00 | $    0.00 | $    0.00 |

Total to be paid to timely general unsecured creditors         $_____ 0.00

Remaining Balance                                              $_____ 0.00

 

 

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE