# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-17117 |
| | ) | Jointly Administered |
| NETWORK SALON SERVICES LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | **Hearing Date:   June 13, 2019** |
| | ) | **Hearing Time:   9:30 a.m.** |
| | ) | **Room No.:      680** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **June 13, 2019**, at **9:30 a.m.**, we shall appear before the Honorable Jacqueline P. Cox, or such other judge as may be sitting in her stead, in Courtroom 680 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Trustee's Application for Compensation and Expenses**.

Dated:  April 17, 2019

                Respectfully submitted,

                By:  /s/ *Frances Gecker*
                      Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL 60607
(312) 276-1400
(312) 276-0035 (fax)
fgecker@fgllp.com

{NETWORK/001/00056289.DOC/}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-17117 |
| | ) | Jointly Administered |
| NETWORK SALON SERVICES LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Honorable Jacqueline P. Cox |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:    THE HONORABLE Jacqueline P. Cox

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $11,790.35 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $170,806.90. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $6,040.35 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

TOTAL COMPENSATION            $11,790.35

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: April 17, 2019

                                                  Respectfully submitted,

                                                  By:   /s/ *Frances Gecker*
                                                        Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL 60607
(312) 276-1400
(312) 276-0035 (fax)