IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-17117 |
| | ) | Jointly Administered |
| NETWORK SALON SERVICES LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | **Hearing Date:**  **June 13, 2019** |
| | ) | **Hearing Time:**  **9:30 a.m.** |
| | ) | **Room No.:**    **680** |

## CERTIFICATE OF NOTICE

I, Christina Smith, declare under the penalty of perjury that on April 17, 2019, I served

the attached NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR

COMPENSATION AND DEADLINE TO OBJECT (NFR) to the parties listed in the manner

shown and prepared the Certificate of Notice and that it is true and correct to the best of my

information and belief.

_____
Christina Smith

SWORN AND SUBSCRIBED TO
before me this 17th day of April, 2019.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CAROLYN A SUCIC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/19/21

# Mailing Information for Case 16-17117

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Abraham Brustein    abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jeffrey B Rose    jrose@lowis-gellen.com, cguzman@lowis-gellen.com
- Derek D Samz    dsamz@dimontelaw.com, mrussell@dimontelaw.com

# Manual Notice List – U.S. MAIL

Euler Hermes N. A. Agent for Macadamia Professiona
800 Red Brook Blvd.
Owings Mills, MD 21117

Macadamia Beauty, LLC
c/o Buchalter Nemer,A Professional Corp
Attn: Brian Harvey
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Colonial Funding Nexwork INc
as servicing Provider for Evolution
Jennifer Ballard Esq
1501 Broadway Ste 151
New York, NY 10036

Internal Revenue Service
PO Box 7346
Philadephia, PA 19101

IL Dept of Revenue Bankruptcy Section
PO Box 19035
Springfield, IL 62794

Last Chance Funding, Inc.
4825 North Mason Ave
Chicago, IL 60630

Knight Capital Funding II, LLC
1691 Michigan Avenue, Suite 230
Miami Beach, FL 33139

Cap Call LLC
Abraham Brustein
216 W. Higgins Road
Park Ridge, IL 60068

LQD Business Finance, LLC c/o
William W. Thorsness, Esq., Vedder Price
222 N. LaSalle Street, Suite 2400
Chicago IL 60601

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NETWORK SALON SERVICES LLC | § | Case No. 16-17117 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that FRANCES
GECKER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the
trustee's professionals have filed final fee applications, which are summarized in the attached Summary
of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within 21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the
United States Trustee. A hearing on the fee applications and any objection to the Final Report
will be held at 9:30 AM on 06/13/2019 in Courtroom 680 (Judge Jacqueline P. Cox),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/17/2019 _____     By: /s/ Frances Gecker _____
                                            Chapter 7 Trustee

*Frances Gecker, Trustee*
*1327 W. Washington Blvd.*
*Suite 5 G/H*
*Chicago, IL 60607*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re:  § | |
| § | |
| NETWORK SALON SERVICES LLC  § | Case No. 16-17117 |
| § | |
| Debtor  § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 170,806.90 |
| and approved disbursements of | $ | 10,116.10 |
| leaving a balance on hand of[1] | $ | 160,690.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | CAP CALL LLC | $ 339,643.19 | $ 339,643.19 | $ 0.00 | $ 0.00 |
| 11 | LQD BUSINESS FINANCE, LLC C/O | $ 752,467.31 | $ 752,467.31 | $ 0.00 | $ 144,957.09 |
| 6S | IL DEPT OF REVENUE BANKRUPTCY SECTION | $ 3,253.86 | $ 3,253.86 | $ 0.00 | $ 3,253.86 |
| 7 | LAST CHANCE FUNDING, INC. | $ 55,695.00 | $ 55,695.00 | $ 0.00 | $ 0.00 |
| 9 | CAP CALL LLC | $ 92,185.53 | $ 92,185.53 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 148,210.95 |
| Remaining Balance | $ | 12,479.85 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 11,790.35 | $ 0.00 | $ 11,790.35 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 6,795.73 | $ 6,106.23 | $ 689.50 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 2.43 | $ 2.43 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          12,479.85

Remaining Balance          $          0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 896,891.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | INTERNAL REVENUE SERVICE | $ 896,891.71 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $          0.00

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 439,068.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | EULER HERMES N. A. AGENT FOR MACADAMIA PROFESSIONA | $ 47,815.95 | $ 0.00 | $ 0.00 |
| 2 | MACADAMIA BEAUTY, LLC | $ 47,815.95 | $ 0.00 | $ 0.00 |
| 3 | FEDEX CORPORATE SERVICES INC AS ASSIGNEE | $ 40,041.45 | $ 0.00 | $ 0.00 |
| 4 | COLONIAL FUNDING NEXWORK INC | $ 238,724.00 | $ 0.00 | $ 0.00 |
| 5U | INTERNAL REVENUE SERVICE | $ 14,670.73 | $ 0.00 | $ 0.00 |
| 8S | KNIGHT CAPITAL FUNDING II, LLC | $ 50,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $_____0.00_

Remaining Balance       $_____0.00_


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE

Prepared By: /s/ Frances Gecker _____
                                    Chapter 7 Trustee

*Frances Gecker, Trustee*
*1327 W. Washington Blvd.*
*Suite 5 G/H*
*Chicago, IL 60607*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.